# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STACEY M. LITTLETON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIGMA ADVANCED SOLUTIONS ) <br> INC and AUTOMATED HEALTH ) <br> SYSTEMS, INC., ) <br> ) <br> Defendants. ) | Case No. 3:18-cv-00590 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26) on Defendants' Motion to Dismiss for Failure to Prosecute and Failure to Comply with a Court Order. (Doc. No. 24.) In the Report and Recommendation, the Magistrate Judge recommends the Motion to Dismiss be DENIED without prejudice, noting the deadlines for discovery and dispositive motions were extended to July 19, 2019.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendants' Motion to Dismiss (Doc. No. 24) is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE